UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Warner/Chappell Music, Inc., et al.   )
                                       )
                                       )   Case No.: 3:09cv937
v.                                     )   Judge Nixon
                                       )
ACE Karaoke Corporation, et al.        )
                                       )

### ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on September 22, 2010.

KEITH THROCKMORTON, CLERK
s/ Robbie Dail, Deputy Clerk